NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FUJIAN HONGAN ELECTRIC CO., LTD.** AND **ZHEJIANG TRIMONE ELECTRIC SCIENCE & TECHNOLOGY CO., LTD.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**LEVITON MANUFACTURING CO., INC.,**
*Intervenor.*

---

2012-1493

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-739.

---

## ON MOTION

---

Before BRYSON, MOORE, and O'MALLEY, *Circuit Judges.*

O'MALLEY, *Circuit Judge.*

## ORDER

Fujian Hongan Electric Co., Ltd. and Zhejiang Trimone Electric Science & Technology Co., Ltd. (collectively, Fujian) move for a stay, pending disposition of this appeal, of the remedial orders entered by the United States International Trade Commission.    The International Trade Commission and Leviton Manufacturing oppose. Fujian replies.

To obtain a stay, pending appeal, a movant must establish a strong likelihood of success on the merits or, failing that, nonetheless demonstrate a substantial case on the merits provided that the harm factors militate in its favor. *Hilton v. Braunskill*, 481 U.S. 770, 778 (1987).  In deciding whether to grant a stay, pending appeal, this court "assesses the movant's chances of success on the merits and weighs the equities as they affect the parties and the public." *E. I. du Pont de Nemours & Co. v. Phillips Petroleum Co.*, 835 F.2d 277, 278 (Fed. Cir. 1987).  *See also Standard Havens Prods. v. Gencor Indus.*, 897 F.2d 511 (Fed. Cir. 1990).

Based on the arguments in the motions papers, and without prejudicing the ultimate disposition of this case by a merits panel, we determine that Fujian has not met its burden to obtain a stay of the injunction.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

SEP 2 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 0 2012

JAN HORBALY
CLERK

3                                    FUJIAN HONGAN ELECTRIC CO. V. ITC

cc:  Lei Mei, Esq.
     Clark S. Cheney, Esq.
     Larry L. Shatzer, III, Esq.

s24